# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| SUE DAVIS-HAAS, RICHARD H. HAAS, IDA C. SMITH, ZILDIA PEREZ, LEON PEREZ, DONNA GALCZYNSKI, KEVIN GALCZYNSKI, ALAN GANAS, RENEE FROELICH, SCOTT MATTHEWS, PATRICIA J. MIRAVICH, JOHN J. MIRAVICH AND WILLIAM RYAN, | : : : : : : : : | No. 542 MAL 2017<br><br>Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| Petitioners | : : : : | |
| v. | : : : | |
| EXETER TOWNSHIP ZONING HEARING BOARD AND METRODEV V, LP AND EXETER TOWNSHIP, | : : : : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.